Decided January 3, 2002

STATE OF CONNECTICUT *v.* JAMES GRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 45 (AC 21081), is denied.

*Thomas M. Conroy*, special public defender, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.

Decided January 3, 2002